UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUD ROSSMAN,

                Plaintiff,

     -against-

ANTHONY SCARAMUCCI ET AL.,

                Defendants.

15-CV-9560 (LAP)

CIVIL JUDGMENT

    Pursuant to the order issued December 9, 2015, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 9, 2015
          New York, New York

                                              LORETTA A. PRESKA
                                              Chief United States District Judge