**MANDATE**

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

N.Y.S.D. Case # 15-cv-9560(LAP)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of August, two thousand and sixteen,

Brud Rossman,

    Plaintiff - Appellant,

v.

Anthony Scaramucci,

    Defendant - Appellee,

John Doe 1, John Doe 2, John Doe 3,

    Defendants.

**ORDER**
Docket Number: 16-201

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 7, 2016

  A notice of appeal was filed on January 11, 2016. The filing fee of $505.00 was due to be paid to the district court by January 25, 2016. The case is deemed in default.

  Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

  IT IS HEREBY ORDERED that the appeal is dismissed effective August 30, 2016 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



MANDATE ISSUED ON 12/07/2016